IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PERCIVAL C. FERRIS,

    Plaintiff,

v.                              CASE NO. 4:14cv454-RH/GRJ

JULIE JONES,

    Defendant.

_____/

**ORDER OF DISMISSAL**

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 30. No objections have been filed.

    The report and recommendation is correct. This order adopts the report and recommendation as the court's opinion except on the plaintiff's conspiracy claim. The conspiracy claim fails because, as set out in the remainder of the report and recommendation, the plaintiff has failed to allege any actionable violation of his rights. People who act together to do nothing wrong cannot be held liable for conspiracy. This makes it unnecessary to address the additional grounds noted in the report and recommendation for rejecting the conspiracy claim. Even if the complaint adequately alleged an agreement, and even if the intracorporate

conspiracy doctrine does not apply to a conspiracy among correctional officers to violate an inmate's rights, this complaint still would fail to state a conspiracy claim on which relief can be granted.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED. The defendant's motion to dismiss, ECF No. 18, is GRANTED. The clerk must enter judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

SO ORDERED on August 5, 2015.

                                    s/Robert L. Hinkle  
                                    United States District Judge